UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ANNETTE ADAMS**            CASE NO. 6:24-CV-01223

**VERSUS**            JUDGE ROBERT R. SUMMERHAYS

**POLICE DEPT OF KAPLAN ET AL**        MAGISTRATE JUDGE CAROL B. WHITEHURST

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the claims against the Kaplan Police Department and Judge Frank Hardee, III, are hereby DISMISSED WITH PREJUDICE as frivolous for lack of jurisdiction and/or failure to state a claim upon which relief may be granted.

Signed at Lafayette, Louisiana, this 28th day of January, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE