UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ANNETTE ADAMS** | **CASE NO. 6:24-CV-01223** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **POLICE DEPT OF KAPLAN ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

Signed at Lafayette, Louisiana, this 26th day of February, 2025.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE